# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| VERNON BENNETT, JR., | *  |
| Plaintiff, | *   CIVIL ACTION NO.: 2:15-cv-107 |
| v. | * |
| PINELAND MENTAL HEALTH, | * |
| Defendant. | * |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's December 3, 2015, Report and Recommendation, dkt. no. 4, to which no objections have been filed. Accordingly, the Report and Recommendation is hereby **ADOPTED** as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims **WITHOUT PREJUDICE** and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of the Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 25 day of January, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)